No. 13,257.

LETTON *v*. MILLER.
(20 P. [2d] 1119)

Decided March 27, 1933.

Judgment affirmed en banc without written opinion.

Mr. CHARLES E. FRIEND, for plaintiff in error.

Mr. WAYNE C. WILLIAMS, for defendant in error.